KING, C.J.,
 

 for the Court.
 

 ¶ 1. Martha Via was one of five plaintiffs, including Barbara Rigdon, who filed a joint action against Mississippi Farm Bureau Federation, Rankin County Farm Bureau, Rural Insurance Agency, Inc., Southern Farm Bureau Life Insurance Company, Southern Farm Bureau Casualty Insurance Company, Mississippi Farm Bureau Casualty Insurance Company, Tommy Allen, Marcus Martin, and Dan Martin (hereinafter collectively referred to as “the Ap-pellees”) in the Circuit Court of Claiborne County on August 30, 1999. The claims alleged breach of contract, tortious breach of contract, fraud, conspiracy, intentional misrepresentation, negligent misrepresentation, intentional infliction of emotional distress, and negligent infliction of emotional distress.
 

 ¶ 2. Our supreme court ordered a severance of the cases. Thereafter, Via re-filed her claims in the Circuit Court of Hinds County, as did Rigdon, and the Appellees filed a motion to dismiss the claims. The trial court found that Via was statutorily barred from bringing the action and dismissed the case. Aggrieved, Via appeals the trial court’s dismissal of her complaint.
 

 ¶ 3. On November 3, 2009, this Court issued its opinion in
 
 Barbara Rigdon v. Mississippi Farm Bureau Federation,
 
 2008-CA-00777-COA, 22 So.3d 321, which dismissed that appeal for lack of jurisdiction. The material facts and controlling law in
 
 Rigdon
 
 and Via’s case are the same. Therefore, for the reasons set forth in
 
 Rigdon,
 
 this Court dismisses Via’s appeal for lack of jurisdiction.
 

 ¶ 4. THE APPEAL IS DISMISSED FOR LACK OF JURISDICTION. ALL COSTS OF THIS APPEAL ARE ASSESSED TO THE APPELLANT.
 

 LEE AND MYERS, P.JJ., IRVING, BARNES, ISHEE, ROBERTS AND
 
 *362
 
 CARLTON, JJ., CONCUR. GRIFFIS AND MAXWELL, JJ., NOT PARTICIPATING.